IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MIGUEL JUAN SOLOMON | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-338 |
| ASSISTANT CHIEF KELLY, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Miguel Juan Solomon, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  Proper notice was given to the plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(c).  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**SIGNED** this the 4 day of **January, 2021.**

_____
Thad Heartfield
United States District Judge

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 5) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.